IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARL ELMO CLINE                                                                                          PLAINTIFF

v.                                          Case No. 1:23-cv-01009

SHARTHAK MUNASIB                                                                                    DEFENDANT

## ORDER

Before the Court is a Motion to be Relieved as Counsel of Record submitted by Jim Jackson, attorney for Plaintiff. ECF No. 22. Counsel states that he can no longer represent Plaintiff due to "an irreconcilable disagreement over the way to proceed in this case." *Id.* Counsel states that he is unable to be an effective legal counselor in this matter. *Id.* Counsel has provided the Court with Plaintiff's address for future communication. *Id.*

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Jim Jackson's Motion to be Relieved as Counsel of Record (ECF No. 22) is hereby **GRANTED**. Jim Jackson is hereby relieved as counsel of record for Plaintiff. The Clerk of Court is **directed** to remove Mr. Jackson from the CM/ECF notification system for this case. Withdrawing counsel shall send or provide Plaintiff a copy of the case file within seven (7) days of the entry of this Order.

In addition, the Court observes that this withdrawal leaves Plaintiff without counsel of record in this action. Plaintiff shall have thirty (30) days from the entry of this Order to obtain new counsel. If Plaintiff fails to obtain new counsel, the Court will assume that he intends to proceed *pro se* in this matter. The Clerk of Court is **DIRECTED** to send Plaintiff a copy of this Order, as well as the Manual for *Pro Se* Litigants, to the following addresses:

Carol Elmo Cline
121 Ashley Road 494
Hamburg, Arkansas 71646

**IT IS SO ORDERED**, this 10th day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge